1  MANATT, PHELPS & PHILLIPS, LLP
   JOHN C. FOX (CA Bar No. 135668) (jfox@manatt.com)
2  JAY J. WANG (CA Bar No. 206127) (jwang@manatt.com)
   ALEXA L. MORGAN (CA Bar No. 234911) (amorgan@manatt.com)
3  1001 Page Mill Road, Building 2
   Palo Alto, CA  94304-1006
4  Telephone:  (650) 812-1300
   Facsimile:  (650) 213-0260
5
   Attorneys for all Defendants
6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  | LAURA WERTH, CARL GOODMAN, and ANNA SCARPA, individually, and on behalf of all others similarly situated, and on behalf of the general public, | Case No.  4:08-cv-04799-CW |
    |---|---|
    | Plaintiffs, | **ORDER GRANTING AS MODIFIED STIPULATION FOR A COURT ORDER EXTENDING DUE DATE FOR RESPONSIVE PLEADING** |
    | vs. | |
    | HELLER, EHRMAN, WHITE & McAULIFFE, LLP; HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION; HELLER, EHRMAN, WHITE & McAULIFFE (Washington), P.S.; HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION; HELLER, EHRMAN, WHITE & McAULIFFE (Oregon), P.C.; HELLER, EHRMAN, WHITE & McAULIFFE (Alaska), P.C.; HELLER EHRMAN (China), P.C.; and Does 1-50, inclusive, | **[N.D. Local Rule 6-1(a)]** |
    | Defendants. | |

20210153.1

1  Plaintiffs Laura Werth, Carl Goodman, and Anna Scarpa (collectively hereinafter
2  "Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendants HELLER
3  EHRMAN LLP, formerly known as HELLER, EHRMAN, WHITE & McAULIFFE, LLP;
4  HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION;
5  HELLER, EHRMAN, WHITE & McAULIFFE (Washington), P.S.; HELLER, EHRMAN,
6  WHITE & McAULIFFE, A PROFESSIONAL CORPORATION; HELLER, EHRMAN, WHITE
7  & McAULIFFE (Oregon), P.C.; HELLER, EHRMAN, WHITE & McAULIFFE (Alaska), P.C.;
8  and HELLER EHRMAN (China), P.C. (collectively "Defendants") hereby file this Stipulation
9  respectfully requesting this Court extend the time for Defendants to answer or otherwise file a
10 responsive pleading.

11  WHEREAS, Plaintiffs commenced this action on October 20, 2008 in the U.S. District
12 Court for the Northern District of California, San Francisco division;

13  WHEREAS, Plaintiffs filed a First Amended Complaint on November 18, 2008;

14  WHEREAS, counsel for Defendants accepted service on behalf of all Defendants of the
15 First Amended Complaint on November 18, 2008;

16  WHEREAS, as a result of Plaintiffs' filing and service of the First Amended Complaint,
17 Defendants' responsive pleading is due on or before December 8, 2008; and

18  WHEREAS, the Parties agree to conduct informal discussions that include an opportunity
19 for Plaintiffs to confirm Defendants' contention that Heller Ehrman LLP is the lone proper party
20 to the instant litigation;

21  NOW, THEREFORE, pursuant to Northern District of California Civil Local Rule 6.1(a),
22 it is hereby stipulated and agreed to by the Parties, through their respective attorneys of record,
23 that all Defendants' due date for filing a responsive pleading to the Complaint shall continue
24 ninety (90) days to March 6, 2009.

Dated: November __, 2008          MANATT, PHELPS & PHILLIPS, LLP


By: _____/s/_____
    John C. Fox
    Jay J. Wang
    Alexa L. Morgan
    *Attorneys for Defendant,*
    HELLER EHRMAN, LLP


Dated: November __, 2008          NICHOLS KASTER LLP


By: _____/s/_____
    Matthew C. Helland
    James H. Kaster
    Paul J. Lukas
    *Attorneys for Plaintiffs,*
    LAURA WERTH, CARL GOODMAN, and
    ANNA SCARPA


## **COURT ORDER**

Pursuant to the Stipulation of the parties, Defendants' respective responsive pleadings to Plaintiffs' First Amended Complaint is due no later than March 6, 2009.  **The Case Management Conference, previously set for 2/3/09, is continued to 4/7/09 at 2:00 p.m.   CMC statement due one week prior to conference.**

12/9/08
_____          _____
DATE                                                                  JUDGE, UNITED STATES DISTRICT COURT
                                                                        NORTHERN DISTRICT OF CALIFORNIA