BLUM COLLINS LLP
The Aon Center
707 Wilshire Blvd., Suite 4880
Los Angeles, CA 90017
Telephone: (213) 572-0400
Fax: (213) 572-0401
Steven A. Blum, Bar No. 133208
Email: blum@blumcollins.com
Craig M. Collins, Bar No. 151582
Email: collins@blumcollins.com

Attorneys for Individuals and Representative Plaintiffs

Chambers Copy
Judge: Claudia Wilken
Courtroom: 2

FILED

MAR - 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WERTH, CARL GOODMAN, ANNA SCARPA, and GARFIELD GRANETT, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>vs.<br><br>HELLER, EHRMAN, WHITE & McAULIFFE LLP; HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION; HELLER, EHRMAN, WHITE & McAULIFFE (WASHINGTON), P.S.; HELLER, EHRMAN, WHITE & McAULIFFE (OREGON), P.C.; HELLER, EHRMAN, WHITE & McAULIFFE (ALASKA), P.C.; HELLER, EHRMAN (CHINA), P.C.; and DOES 1-50, *et al.*<br><br>Defendants. | Case No. 08-CV-4799 CW<br><br><br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS<br><br>[~~PROPOSED~~] ORDER |

1

Werth, et al. v. Heller, Ehrman, White & McAuliffe LLP, et al.
Case No. 08-cv-4799 CW

Notice of Substitution of Counsel for Plaintiffs

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiffs Laura Werth, Carl Goodman, Anna Scarpa, and Garfield Granett, individually and in their representative capacity, hereby substitute Blum Collins LLP in place of Nichols Kaster, LLP and Nichols Kaster, PLLP, as their counsel of record in this action.

The contact information for new counsel is as follows:

Steven A. Blum, Bar No. 133208
Email: blum@blumcollins.com
Craig M. Collins, Bar No. 151582
Email: collins@blumcollins.com
Blum Collins LLP
707 Wilshire Boulevard, Suite 4880
Los Angeles, CA 90017
Telephone: (213) 572-0400
Facsimile: (213) 572-0401

Dated: February 6, 2009

BLUM COLLINS LLP

STEVEN A. BLUM
Attorney for plaintiffs
Individuals and Representative Plaintiffs

## CONSENT TO SUBSTITUTION

Nichols Kaster, LLP hereby consents to this substitution.

Dated: February 6, 2009       By: _____

1  Nichols Kaster, PLLP hereby consents to this substitution.

2

3  Dated: February 17, 2009          By: /s/

4

5  IT IS SO ORDERED:

6  Dated: 3/2/09                     /s/ Claudia Wilken

7                                    Honorable Claudia Wilken
                                     United States District Judge
8

---

Werth, et al. v. Heller, Ehrman, White & McAuliffe LLP, et al.    Notice of Substitution of Counsel for Plaintiffs
Case No. 08-cv-4799 CW

3