BLUM | COLLINS LLP
  Steven A. Blum (Bar No. 133208)
  Craig M. Collins (Bar No. 151582)
  Douglas L. Thorpe (Bar No. 43749)
  Teresa A. Blasberg (Bar No. 105473)
707 Wilshire Blvd., 48th Floor
Los Angeles, California 90017
Telephone:  213.572.0400
Facsimile:  213.572.0401
blum@blumcollins.com; collins@blumcollins.com;
dthorpe@thorpelink.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WERTH, CARL GOODMAN, ANNA SCARPA, and GARFIELD GRANETT, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HELLER, EHRMAN, WHITE & McAULIFFE LLP; HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION; HELLER, EHRMAN, WHITE & McAULIFFE (WASHINGTON), P.S.; HELLER, EHRMAN, WHITE & McAULIFFE (OREGON), P.C.; HELLER, EHRMAN, WHITE & McAULIFFE (ALASKA), P.C.; HELLER, EHRMAN (CHINA), P.C.; and DOES 1-50, *et al.*<br><br>Defendants. | Case No.  08-CV-4799 CW<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND FOR WAIVER OF COSTS; ORDER THEREON** |

1

Werth, *et al. v.* Heller, Ehrman, White & McAuliffe LLP, *et al.*   Stipulation for Dismissal Without Prejudice and
Case No. 08-cv-4799 CW                                              for Waiver of Costs

1. This case, filed October 20, 2008, arises out of the dissolution and bankruptcy of Heller, Ehrman, White & McAuliffe, A Professional Corporation. LLP, ("Heller Ehrman") a nationwide law firm.

2. Plaintiffs and the members of the class they propose to represent were Heller Ehrman employees – associate and other non-equity sharing attorneys, other professionals, and staff – whose employment was terminated as part of the dissolution of Heller Ehrman.

3. On December 28, 2008, Defendant Heller Ehrman filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (Case No. 08-32514)(the "Heller Ehrman Bankruptcy"). As a result, this action was stayed as to Defendant Heller Ehrman but not as to any other Defendant.

4. On April 3, 2009, several former Heller Ehrman employees filed an Adversary Action in the Heller Ehrman Bankruptcy (Adv. Proc. Case No. 09-03058) (the "Heller Ehrman Adversary Action").

5. At a Case Management Conference on April 14, 2009 the Parties and the Court considered alternative methods by which the claims against Heller Ehrman and the other Defendants might be heard in a single proceeding. Following the Conference the Court issued its Minute Order and Case Management Order (Doc. No. 45).

6. On April 24, 2009 Plaintiffs in this case, as well as other representative former Heller Ehrman employees filed a First Amended Complaint

in the Adversary Action.  In the First Amended Complaint the Plaintiffs allege each of the claims made in this proceeding plus additional claims on behalf of additional classes and against additional defendants.  A copy of the First Amended Complaint is attached hereto as Exhibit A.

7. In the interest of efficient use of judicial and other resources, the Parties to this action now wish to terminate this proceeding without prejudice and proceed with the claims in the Heller Ehrman Adversary Action.

NOW, THEREFORE, THE PARTIES HERETO, THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and among Plaintiffs Laura Werth, Carl Goodman, Anna Scarpa and Garfield Granett, individually and on behalf of all others similarly situated, and Defendants HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a California professional corporation; HELLER, EHRMAN, WHITE & McAULIFFE (WASHINGTON), P.S., a Washington professional corporation; HELLER, EHRMAN, WHITE & McAULIFFE (OREGON), P.S., an Oregon professional corporation; HELLER, EHRMAN, WHITE & McAULIFFE (ALASKA), P.C., an Alaska professional corporation; HELLER, EHRMAN, WHITE & McAULIFFE, A PROFESSIONAL CORPORATION, a New York professional corporation; HELLER EHRMAN (CHINA), P.C., a District of Columbia professional corporation, that the First Amended Class Action Complaint for Damages, Restitution and Injunctive Relief, and all claims therein, may be and upon entry of the Order on this Stipulation are dismissed without prejudice.  Each party is to bear his, her or its own attorneys' fees and costs.

| | |
|---|---|
| Dated: May 20, 2009 | BLUM COLLINS LLP |

By  /s/ Steven A. Blum

STEVEN A. BLUM
Attorneys for Plaintiffs

| | |
|---|---|
| Dated: May 20, 2009 | MANATT PHELPS PHILLIPS LLP |

By  /s/ Alexa L. Morgan
JOHN C. FOX
ALEXA L. MORGAN
Attorneys for Defendants

IT IS SO ORDERED:

Dated: ____6/9_____,2009

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

---

4

Werth, *et al. v.* Heller, Ehrman, White & McAuliffe LLP, *et al.*
Case No. 08-cv-4799 CW

Stipulation for Dismissal Without Prejudice and for Waiver of Costs