IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WERTH, et al., | No. C 08-04799 CW |
| Plaintiffs, | ORDER FOR ADMINISTRATIVE CLOSURE |
| v. | |
| HELLER, EHRMAN, WHITE & MCAULIFFE LLP, et al., | |
| Defendants. | |

Defendant Heller, Ehrman, White & McAuliffe LLP having filed a Notice of Bankruptcy with the Court on January 16, 2009, stating that it had filed a petition pursuant to Chapter 11 of the Bankruptcy Code on December 28, 2008, and an automatic stay being in effect as to Heller, Ehrman, White & McAuliffe LLP, and a Stipulation for Dismissal Without Prejudice and for Waiver of Cost having been filed as to all other Defendants,

IT IS HEREBY ORDERED that:

1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes as to Heller, Ehrman, White & McAuliffe LLP, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

2.  Nothing contained in this Order shall be considered a

1  dismissal or disposition of this action, and, should further
2  proceedings in this litigation as to Heller, Erhman, White &
3  McAuliffe LLP, become necessary or desirable, any party may
4  initiate it in the same manner as if this Order had not been
5  entered.

6  Dated:   6/9/09

    _____
    CLAUDIA WILKEN
    United States District Judge